

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 71ST DISTRICT COURT OF HARRISON COUNTY, GREETINGS:

On June 3, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Ketan Mehta v. The State of Texas ex rel. Tarik Ahmed

Court of Appeals No. 15-24-00021-CV
Trial Court No. 23-1031

The Court of Appeals entered the following judgment or order:

This cause, an appeal from an order in favor of appellee, the State of Texas, on behalf of Tarik Ahmed, signed, March 27, 2024, was heard on the appellate record. We have inspected the record and find error in the order. We therefore **REVERSE** the order of the court below order and **RENDER** judgment that the trial court lacked personal jurisdiction over appellant Ketan Mehta for the claim asserted by appellee for the reasons provided in the court's opinion.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this August 15, 2025.



**CHRISTOPHER A. PRINE, CLERK**